MANHATTAN SAVINGS BANK v. FRIEND L. TUTTLE, as Sole Surviving Executor and Trustee under the Will of ANGELO UBRIACO, Deceased, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon and Callahan, JJ. [See 269 App. Div. 939, 983.]

MARY M. ADAMS et al., as Executors of HELEN L. SACKETT, Deceased, v. RIKER OPERATING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Glennon, Dore and Callahan, JJ. [See *ante*, p. 755.]

## (February 26, 1946.)

SAUL TEPPER, Respondent, v. NATIONAL ADVERTISING ART CENTER, INC., et al., Appellants.— Order, so far as appealed from, affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Martin, P. J., dissents in part and votes to dismiss the second cause of action as to both defendants.

## SECOND DEPARTMENT, FEBRUARY, 1946.
### (February 4, 1946.)

ELMER E. BOGART et al., Appellants, v. COUNTY OF WESTCHESTER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See *ante*, p. 274.]

ELIZABETH R. DE BEIXEDON, Appellant, v. DANIEL F. DE BEIXEDON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See *ante*, p. 766.]

J. FREEMAN DIXON et al., Respondents, v. NEW YORK TRAP ROCK CORPORATION, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term denying defendant's motion to dismiss the complaint under rule 107 of the Rules of Civil Practice properly made? Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See 269 App. Div. 1059.]

ROBERT EVANS et al., Respondents, v. BERNARD STEIN, Appellant. (Appeal No. 2.) — Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See 269 App. Div. 1052.]

In the Matter of the Reopening of the Probate of the Will of BARBARA MILLER, Deceased. LAWRENCE B. MILLER, Appellant; SADIE T. FOOTE, as Administratrix C. T. A. of the Estate of BARBARA MILLER, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ. [See 269 App. Div. 1045.]

In the Matter of the Application of MORRIS STERN.— Application for permission to withdraw resignation from the office of attorney and counselor at law and for reinstatement denied. Present — Lewis, P. J., Johnston, Adel and Nolan, JJ.; Carswell, J., not voting.